**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-20011-TP-ALTONAGA**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**VICTOR LOPEZ,**

Defendant.

_________________________________/

**JUDGMENT AND COMMITMENT UPON**
**VIOLATION OF SUPERVISED RELEASE**

THIS MATTER came before the Court on November 5, 2024 and January 14, 2025 for hearings on the United States Probation Officer's Petition for Warrant or Summons for Offender Under Supervision [ECF No. 5]. At the hearing on November 5, 2024, Defendant admitted to the violations stated in the Petition. The Court has considered the arguments of counsel, and being otherwise fully advised, finds that Defendant has violated the terms and conditions of supervised release. Accordingly, it is

**ORDERED AND ADJUDGED** that the term of supervised release imposed by the Court is hereby **REVOKED**. It is further **ORDERED** that Defendant, Victor Lopez, is committed to the custody of the Bureau of Prisons for a term of time served.

Upon release from imprisonment, Defendant shall be placed on supervised release for a term of three (3) years, minus one (1) day. All conditions of supervised release previously imposed remain in full force and effect. Additionally, Defendant shall comply with the following special conditions:

CASE NO. 24-20011-TP-ALTONAGA

**Travel:** Defendant is not permitted to travel outside the Southern District of Florida unless restitution is paid in full.

**Community Service:** Defendant shall perform **100 hours** of community service over the period of supervision, as directed by the United States Probation Officer.

**Restitution**: Defendant shall pay restitution at the rate of 15% of monthly gross earnings, until such time as the court may alter that payment schedule in the interests of justice. The U.S. Bureau of Prisons, U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the Defendant's ability to pay. These payments do not preclude the government from using other assets or income of the Defendant to satisfy the restitution obligations.

**Location Monitoring with GPS:** Defendant shall participate in the Location Monitoring Program via the use of Global Positioning System (GPS) monitoring for a period of 90 days. Defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. Defendant shall wear a location monitoring device and follow the location monitoring procedures as instructed by the U.S. Probation Officer. Defendant shall pay for the location monitoring equipment at the prevailing rate in effect during the term of monitoring.

**DONE AND ORDERED** in Miami, Florida, this 14th day of January, 2025.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record